# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147334

DENISE R. KETCHMARK,
        Plaintiff-Appellee,

v

                                   SC: 147334
                                   COA: 315960
                                   Oakland CC: 2012-000025-SC
                                   Genesee CC: 12-305642-DP

ARCHIE L. HAYMAN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2013



Clerk

s0723